JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CARAH CHAMPAGNE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRINITY UNIVERSAL INSURANCE COMPANY, a foreign corporation doing business in Washington,<br><br>Defendant. | No. 2:23-cv-00464-JLR<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR: AUGUST 23, 2023 |

## **STIPULATION**

The parties stipulate and jointly move for an Order dismissing this action and all claims asserted, with prejudice, with each party bearing their own attorney's fees and costs.

DATED: August 23, 2023.

    *s/ Jeff M. Sbaih*
Jeff M. Sbaih, WSBA #51551
WILSON SMITH COCHRAN DICKERSON
1000 Second Ave., Suite 2050
Seattle, WA 98104
206-623-4100 T | 206-623-9273
sbaih@wscd.com
Attorneys for Defendant

*s/ Claire W. Boren*
Dave von Beck, WSBA #26166
Claire Boren, WSBA #56909
LEVY VON BECK COMSTOCK P.S.
1200 Fifth Ave #1850
Seattle, WA 98101
206-626-5444
dmvonbeck@levy-law.com
Claire@levy-law.com

## ORDER OF DISMISSAL

Based on the above Stipulation, IT IS ORDERED as follows:

1. This action and all claims asserted in this action shall be dismissed with prejudice; and

2. Each party shall bear its own attorney's fees, costs, and expenses.

DATED this 23rd day of August, 2023.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE